In the Interest of D.J., a Minor Child.

Louise Little, Appellant.

No. ED 79714.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 13, 2002.

Application for Transfer to Supreme Court
Denied April 17, 2002.

Application for Transfer Denied
May 28, 2002.

Douglas Scott Pribble, St. Louis, MO, for Louis Little.

Margaret Gangle–Casinger, St. Louis, for the Juvenile Office.

Dwayne Sanchez–Johnson, St. Louis, for Juvenile.

Richard J. Childress, St. Louis, for Division of Family Services.

Rita Montgomery, St. Louis, for Maurice Swift & Elpanie Swift.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Louise Little (Appellant) appeals from the trial court's judgment terminating her parental rights to D.J., a male minor child born on March 2, 1998. We have reviewed the briefs of the parties and the record on appeal and find that the judgment of the trial court is not unsupported by substantial evidence or against the weight of the evidence, nor does it erroneously declare or apply the law. *In the Interest of D.L.M.*, 31 S.W.3d 64, 68 (Mo.App. E.D. 2000). We further find the trial court did not abuse its discretion. *In the Interest of L.*, 888 S.W.2d 337, 341 (Mo.App. E.D. 1994). An extended opinion would have no precedential value. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).